# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

    CSC Holdings, Inc. (Optonline.net)
    1111 Stewart Avenue
    Bethpage, New York

**'07 MJ 0944**

**SEARCH WARRANT**

CASE NUMBER:

*[Stamp: UNSEALED AS OF 11/15/07]*
*[Stamp: ORDERED SEALED]*

TO: <u>Any Special Agent of U.S. Immigration and Customs Enforcement</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>   Michael B. Cochran   </u>
who has reason to believe that ☐ on the person or ☒ on the premises known as

    **CSC Holdings, Inc. (Optonline.net)**
    **1111 Stewart Avenue**
    **Bethpage, New York** (as also described on Attachment A-1)

in the Eastern District of New York, there is now concealed a certain person or property, namely

    **SEE ATTACHMENT B-1**

which is the evidence concerning a violation of Title <u>  22  </u> United States Code, Section(s) <u>2778(b)(2) and (c) and 22 CFR 127.1(a)(3) and 18 U.S.C. § 554</u>.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before <u> 5/10/17 </u>
                                                                                            Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 a.m. to 10:00 p.m.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

<u>4/30/07 @ 11:50 a.m.</u>            at    <u>San Diego, CA</u>
Date/Time issued

**CATHY ANN BENCIVENGO**
<u>United States Magistrate Judge</u>
Name and Title of Judicial Officer                                *Signature of Judicial Officer*

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| April 30, 2007 | April 30, 2007 12:54hr | CSC Holding, Inc.: Alfred Reifer |

INVENTORY MADE IN THE PRESENCE OF: SA Crais Larrabee ICE

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1 compact disc which included email content & transaction logs

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*(signature) Michael B.*

Subscribed, sworn to, and returned before me this date.

_____  5/11/07
U.S. Judge or Magistrate        Date

CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE