*UNSEALED AS OF 11/15/07*
*ORDERED SEALED*

FILED
07 APR 30 PM 12: 05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

07 MJ 0944

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) ) CSC HOLDINGS, INC. ) (OPTONLINE.NET) ) 1111 STEWART AVENUE ) BETHPAGE, NEW YORK ) ) ) ) | Magistrate No. _____ EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL AND ORDER THEREON |

COMES NOW the United States, by and through its counsel, Karen P. Hewitt, United States Attorney, and William P. Cole, Assistant U.S. Attorney, and hereby moves that the attached Application for Search Warrant, Affidavit, and Search Warrant and this Motion and Order be ordered filed under seal until further order of the Court.

///
///
///
///
///
///
///
///

The basis for this application is that the affidavit concerns an ongoing criminal investigation including the use of an undercover agent and undercover storefront, and premature disclosure of the contents of the application could impede the investigation, alert the subjects of the investigation, and result in the destruction of evidence or flight.

DATED: April 30, 2007

KAREN P. HEWITT
United States Attorney

WILLIAM P. COLE
Assistant U.S. Attorney

ORDER

Upon application of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the Application for Search Warrant, the Search Warrant the Affidavit of Special Agent Michael B. Cochran, and this Application and Order in the above-referenced case shall be ordered sealed until further order of this Court.

DATED: 4/30/07

UNITED STATES MAGISTRATE JUDGE
CATHY ANN BENCIVENGO

2