**ORIGINAL**

```
KAREN P. HEWITT
United States Attorney
WILLIAM P. COLE (SBN 186772)
Assistant U.S. Attorneys
United States Courthouse
880 Front Street, Room 6293
San Diego, California  92101-8800
Telephone:  (619) 557-7859

Attorneys for Plaintiff
United States of America
```

FILED
07 NOV 15 PM 4: 08
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: </br></br>CSC HOLDINGS, INC. (Optonline.net) </br>1111 Stewart Avenue </br>Bethpage, New York | Case No. 07MJ0944 </br></br>MOTION TO UNSEAL AND ORDER THEREON |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William P. Cole, Assistant United States Attorney, hereby moves this Court to unseal the search warrant application and affidavit in the above-referenced case, sworn before the Court on April 30, 2007, so that the application and affidavit will be available to the defendant in United States v. Qing Li, 07-CR-2915. Defendant

//
//
//
//
//
//
//

| | |
|---|---|
| 1 | Qing Li was a subject of the investigation described in the |
| 2 | aforementioned application and affidavit. |
| 3 | DATED: November 15, 2007         KAREN P. HEWITT |
| 4 |                                  United States Attorney |
| 5 |                                  /s/ William P. Cole |
| 6 |                                  WILLIAM P. COLE |
|   |                                  Assistant U.S. Attorney |
| 7 |                         ORDER |
| 8 | Good cause appearing, IT IS HEREBY ORDERED that the search |
| 9 | warrant application and affidavit in Case No. 07MJ0944 be |
| 10 | unsealed. |
| 11 | 11-15-07 |
| 12 | DATED |
| 13 |                                  /s/ Nita L. Stormes |
| 14 |                                  HONORABLE NITA L. STORMES |
|   |                                  United States Magistrate Judge |

2

07MJ0944